BRYAN SCHRODER
United States Attorney

JONAS M. WALKER
Assistant United States Attorney
CAROLE HOLLEY
Special Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Jonas.walker@usdoj.gov
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. |
|---|---|---|
| Plaintiff | ) ) | COUNT 1: UNLAWFUL DISCHARGE OF A POLLUTANT |
| v. | ) ) | Vio of 33 USC § 1319(c)(1)(A) and 1311(a) |
| BRANNON FINNEY, | ) ) |  |
| Defendant. | ) |  |

## INFORMATION

The United States Attorney Charges that:

**I.    Factual Overview**

1.     The defendant, BRANNON FINNEY, was the captain of the Fishing Vessel (F/V) Alaskan Girl, a commercial tender used in Southeast Alaska and other fishery locations.  On or about June 15, 2017, F/V Alaskan Girl was in route from Wrangell to

Petersburg, Alaska with four bags, known as super sacks or brailer bags, on board. Each bag weighed approximately 4,000 pounds and contained sandblast waste. The waste, generated from the recent re-painting of the F/V Alaskan Girl, was a mixture of the copper slag used to remove the paint from the vessel as well as approximately 15 gallons of paint chips removed in the sandblast process. The waste – totaling 16,000 pounds or 8 tons – had been loaded onto the vessel at the direction of BRANNON FINNEY.

2. According to vessel tracking data obtained from the Department of Transportation's Maritime Safety and Security Information System, the F/V Alaskan Girl departed Wrangell, Alaska on or about June 15, 2017 at approximately 2:48 pm. At approximately 3:32 pm, the vessel slowed from its previous speed of 9 to 10 knots just south of Vank Island in Sumner Strait, Alaska. F/V Alaskan Girl remained in that area for 27 minutes and thereafter resumed its previous speed of approximately 10 knots.

3. Video footage taken during the trip from Wrangell to Petersburg captured one of the brailer bags hanging overboard the vessel while two crewmembers on board the vessel sliced through the bag with a knife. Afterwards, black sandy waste spilled from the sliced bag into the water as at least one of the crew audibly cheered.

4. Video footage taken once the vessel arrived in Petersburg showed an interaction between an Alaska Wildlife Trooper and BRANNON FINNEY. In the video, the Trooper informed BRANNON FINNEY that he had received a complaint about the vessel leaving the shipyard in Wrangell with sandblasting waste. When he asked where it went, BRANNON FINNEY replied, "We just dumped it."

## II. The Clean Water Act

5. The Clean Water Act (CWA), 33 U.S.C. § 1251 *et seq.*, is the Nation's comprehensive water pollution control statute. The purpose of the CWA is "to restore and maintain the chemical, physical, and biological integrity of the Nation's waters." 33 U.S.C. § 1251(a). In addition, the CWA was enacted to prevent, reduce, and eliminate water pollution in the United States and to conserve the waters of the United States for the protection and propagation of fish and aquatic life and wildlife, recreational purposes, and use for public drinking water, agricultural, and industrial use. 33 U.S.C. § 1252(a). To achieve these goals, the CWA makes it unlawful for any person to discharge any pollutant, except in compliance with a permit or other provision of the CWA. 33 U.S.C. § 1311(a).

6. The CWA crimes alleged in this Information apply to any "person," as defined by 33 U.S.C. § 1362(5). 33 U.S.C. § 1319(c)(1)(A).

7. The term "discharge of a pollutant" is defined in relevant part as, "any addition of any pollutant to navigable waters from any point source." 33 U.S.C. § 1362(12)(A).

8. The definition of pollutant includes "dredged spoil, solid waste, incinerator residue, sewage, garbage, sewage sludge, munitions, chemical wastes, biological materials, radioactive materials, heat, wrecked or discarded equipment, rock, sand, cellar dirt and industrial, municipal, and agricultural waste discharged into water." 33 U.S.C. § 1362(6).

9. The term "point source" is defined in relevant part as "any discernible, confined, and discrete conveyance, including but not limited to any pipe, ditch, channel, tunnel, conduit, well, discrete fissure, container, rolling stock, concentrated animal feeding

operation or vessel or other floating craft, from which pollutants are or may be discharged." 33 U.S.C. § 1362(14).

10. The term "navigable waters" means the waters of the United States, including the territorial seas. 33 U.S.C. § 1362(7). The term "territorial seas" is defined as: "the belt of the seas measured from the line of ordinary low water along that portion of the coast which is in direct contact with the open sea and the line marking the seaward limit of inland waters, and extending seaward three miles." 33 U.S.C. § 1362(8). "Waters of the United States" is defined, in relevant part, as: "All waters which are currently used, were used in the past, or may be susceptible to use in interstate or foreign commerce, including all waters which are subject to the ebb and flow of the tide." 40 C.F.R. § 122.2.

11. Section 309(c)(1)(A) of the CWA provides for criminal penalties for negligent violations of the Act, including, inter alia, negligently violating Section 1311(b)(3). 33 U.S.C. §§ 1311(a) and 1319(c)(1)(A).

## COUNT 1: Clean Water Act

12. The allegations of Paragraphs 1 through 11 are incorporated by reference as if fully set forth herein.

13. On or about June 15, 2017, in the District of Alaska, the defendant, BRANNON FINNEY, did negligently discharge and cause to be discharged a pollutant from a point source to a water of the United States without a permit, to wit: BRANNON FINNEY negligently caused 16,000 pounds of sandblast waste to be discharged from the F/V Alaskan Girl into Sumner Strait, a water of the United States.

In violation of Title 33, United States Code, sections 1319(c)(1)(A) and 1311(a).

DATED this 12th day of April, 2019 in Anchorage, Alaska.

        BRYAN SCHRODER
        United States Attorney

        <u>s/ Jonas M. Walker</u>
        JONAS M. WALKER
        Assistant U.S. Attorney
        United States of America